Norman La Force, State Bar #102772
Fortune, Drevlow, O'Sullivan & Hudson
560 Mission Street, 21st Floor
San Francisco, CA 94105
(415) 227-2300

Attorneys for Defendant
TGC 24 Hour Truck Center

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIKRET ASHKAR,<br><br>    Plaintiff/Respondent,<br><br>vs.<br><br>TGC 24 HOUR TRUCK REPAIR INC.; TGC TRUCK REPAIR, INC., Does I-XX,<br><br>    Defendants/Petitioners. | Case No.: C07 4236 JCS<br><br>CERTIFICATE OF SERVICE |

I, Jeannie Rogers, hereby declare that:

I am over 18 years of age and not a party to the within action. I am employed at and my business address is 560 Mission Street, 21st Floor, San Francisco, California 94105.

On this date I served an exact copy of the Notice of Removal of Action; Welcome to the U.S. District Court of San Francisco; Order Setting Initial Case Management Conference; Notice of Assignment of Case to U.S. Magistrate Judge for Trial; U.S. District Court Northern California- ECF Registration Information Handout, on all interested parties in this action as follows:

*Plaintiff:*
Louis A. Highman, Esq.
Highman, Highman & Ball
870 Market Street, #467
San Francisco, CA 94102
Phone No.:(415) 982-5563

-1-
CERTIFICATE OF SERVICE

I declare under penalty of perjury, in accordance with 28 U.S.C. Section 1746, that the foregoing is true and correct.

Executed this August 17, 2007, at San Francisco, California.

*Jeannie Rogers*

CERTIFICATE OF SERVICE