```
LOUIS A. HIGHMAN, CBN 61703
LAWRENCE BALL, CBN 60496
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone: (415) 982-5563

Attorneys for Plaintiff Fikret Ashkar
```

United States District Court

Northern District of California

| | |
|---|---|
| FIKRET ASHKAR | No. C 07-4236 JCS |
| Plaintiff, | PLAINTIFF FIKRET ASHKAR'S DEMAND FOR JURY TRIAL |
| -v- | |
| TGC 24 HOUR TRUCK REPAIR, INC.; TGC TRUCK REPAIR, INC.; DOES I-XX, | |
| Defendants. | |

Plaintiff Fikret Ashkar, by and through his attorneys of record, Louis A. Highman and Lawrence Ball, of Highman, Highman & Ball, A Professional Law Association, hereby demands a trial by jury in the above-entitled matter.

DATED: August 31, 2007.

```
                              LOUIS A. HIGHMAN
                              LAWRENCE BALL
                              HIGHMAN, HIGHMAN & BALL


                          By /s/ Louis A. Highman
                              LOUIS A. HIGHMAN
                              Attorneys for Plaintiff
                              FIKRET ASHKAR
```

1

Plaintiff Fikret Ashkar's Demand for Jury Trial, Case No. C 07-4236 JCS