UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIKRET ASHKAR,

    Plaintiff(s),

v.

TGC 24 HOUR TRUCK REPAIR INC.;
TGC TRUCK REPAIR, INC; DOES I-XX,
    Defendant(s).

No. C 07-04236 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 14, 2007

Signature /s/ LOUIS A. HIGHMAN, ESQ.

Counsel for Plaintiff Fikret Ashkar
(Plaintiff, Defendant or indicate "pro se")