```
LOUIS A. HIGHMAN, ESQ., State Bar No. 61703
LAWRENCE BALL, ESQ., State Bar No. 60496
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone:  (415) 982-5563
Facsimile:  (415) 982-5202

Attorneys for Plaintiff Fikret Ashkar
```

United States District Court

Northern District of California

San Francisco Division

| | |
|---|---|
| FIKRET ASHKAR,<br><br>     Plaintiff,<br><br>     -v-<br><br>TGC 24 HOUR TRUCK REPAIR INC.; TGC TRUCK REPAIR, INC; DOES I-XX,<br><br>     Defendants.<br>_____/ | No. C 07-04236 JCS<br><br>PROOF OF SERVICE<br><br><br><br><br><br>DATE OF HEARING: 10-19-2007<br>TIME:  9:30 A.M.<br>CTRM:  Courtroom A, 15th Floor<br>JUDGE: HON. JOSEPH C. SPERO |

   Louis A. Highman declares as follows:

   I am employed in the County of San Francisco, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 870 Market Street, Suite 467, San Francisco, California 94102.

   On September 14, 2007, I served the within PLAINTIFF

---
Proof of Service - No. C 07-4236 JCS

1 FIKRET ASHKAR'S NOTICE OF MOTION AND MOTION TO REMAND CASE TO
2 SUPERIOR COURT; AND PLAINTIFF'S MEMNORANDUM OF POINTS AND
3 AUTHORITIES IN SUPPORT OF MOTION TO REMAND CASE TO SUPERIOR
4 COURT; DECLARATION OF LOUIS A. HIGHMAN IN SUPPORT OF MOTION
5 TO REMAND CASE TO SUPERIOR COURT; DECLARATION OF FIKRET
6 ASHKAR IN SUPPORT OF MOTION TO REMAND CASE TO SUPERIOR COURT
7 on the defendants in said cause, by placing a true and
8 correct copy thereof in a sealed envelope addressed to
9 defendants' counsel, as set forth below, and causing personal
10 delivery thereof to defendants' counsel's office at said
11 address, as follows:
12 NORMAN LA FORCE, ESQ.
   FORTUNE, DREVLOW, O'SULLIVAN & HUDSON
13 560 Mission Street, 21st Floor
   San Francisco, CA 94105
14
15    I declare under penalty of perjury that the foregoing is
16 true and correct, and that this declaration was executed at
17 San Francisco, California, on September 14, 2007.

                                    _____
                                    Louis A. Highman

Proof of Service - No. C 07-4236 JCS