```
LOUIS A. HIGHMAN, ESQ., State Bar No. 61703
LAWRENCE BALL, ESQ., State Bar No. 60496
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone:  (415) 982-5563
Facsimile:  (415) 982-5202
```

Attorneys for Plaintiff Fikret Ashkar

United States District Court

Northern District of California

San Francisco Division

| | |
|---|---|
| FIKRET ASHKAR,<br><br>　　　Plaintiff,<br><br>　　　-v-<br><br>TGC 24 HOUR TRUCK REPAIR INC.; TGC TRUCK REPAIR, INC; DOES I-XX,<br><br>　　　Defendants.<br>_____/ | No. C 07-04236 JCS<br><br>DECLARATION OF LOUIS A. HIGHMAN IN SUPPORT OF MOTION TO REMAND CASE TO SUPERIOR COURT<br><br>DATE OF HEARING: 10-19-2007<br>TIME:  9:30 A.M.<br>CTRM:  Courtroom A, 15th Floor<br>JUDGE: HON. JOSEPH C. SPERO |

Louis A. Highman declares as follows:

1. I am attorney of record for plaintiff Fikret Ashkar in the above-entitled matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of the proof of service papers for both TGC 24 Hour Truck Repair, Inc. and TGC Truck Repair, Inc. regarding the summons

---

Dec. of Fikret Ashkar in Support of Motion for Remand--No. C 07-04236-JCS

1 | and complaint served on both of said named defendants in the
2 | case <u>Ashkar v. TGC 24 Hour Truck Repair, Inc; TGC Truck
3 | Repair, Inc.,; Does I-X</u>, Case No. CGC-07-464703, Superior
4 | Court of California, County of San Francisco, which summons
5 | and complaint was served on both of said named defendants in
6 | the case prior to the case being removed to U.S. District
7 | Court, Northern District California, No. C 07 04236 JCS by
8 | defendant TGC 24 Hour Truck Repair, Inc.
9 |     I declare under penalty of perjury under the laws of the
10 | United States that the foregoing is true and correct, and that
11 | this declaration was executed on September 14, 2007, at San
12 | Francisco County, California, and that the statements
13 | contained herein are true of my own personal knowledge, and if
14 | called as a witness I could and would testify competently
15 | thereto.

_____
Louis A. Highman,
Declarant

Dec. of Fikret Ashkar in Support of Motion for Remand--No. C 07-04236-JCS