```
 1  LOUIS A. HIGHMAN, ESQ., State Bar No. 61703
    LAWRENCE BALL, ESQ., State Bar No. 60496
 2  HIGHMAN, HIGHMAN & BALL
    A Professional Law Association
 3  870 Market Street, Suite 467
    San Francisco, CA 94102
 4  Telephone:  (415) 982-5563
    Facsimile:  (415) 982-5202
 5
    Attorneys for Plaintiff Fikret Ashkar
 6

 7

 8
                     United States District Court
 9
                   Northern District of California
10
                         San Francisco Division
11

12
    FIKRET ASHKAR,                    No. C 07-04236 JCS
13
          Plaintiff,
14                                    DECLARATION OF FIKRET
                                      ASHKAR IN SUPPORT OF
15                                    MOTION TO REMAND CASE
       -v-                            TO SUPERIOR COURT
16
    TGC 24 HOUR TRUCK REPAIR
17  INC.; TGC TRUCK REPAIR, INC;
    DOES I-XX,
18                                    DATE OF HEARING: 10-19-
          Defendants.                          2007
19                                    TIME:  9:30 A.M.
                                      CTRM:   Courtroom A,
20                                             15th Floor
                                      JUDGE: HON. JOSEPH C.
21                                            SPERO
    _____/
22
          Fikret Ashkar declares as follows:
23
          1.  I am plaintiff in the above-entitled matter.
24
          2.  Attached hereto as Exhibit 1 is a true and correct
25
    copy of the "Collective Bargaining Agreement" between TGC 24-
26
    Hour Truck Repair, Inc. and International Association of
27
    Machinists & Aerospace Workers, AFL-CIO, Machinists Automotive
28
```

---

Dec. of Fikret Ashkar in Support of Motion for Remand--No. C 07-04236-JCS

1 | Trades District No. 190, Peninsula Auto Machinists Local Lodge
2 | No. 1414, September 1, 2004-September 1, 2006. This is the
3 | collective bargaining agreement which was in effect at my
4 | workplace with defendants at 3240 3rd Street, San Francisco,
5 | CA 94124, from September 1, 2004-September 1, 2006. The
6 | events sued upon by me in the above-entitled case occurred at
7 | some point in this time period, but I am not bringing the
8 | action herein dependent upon any of the provisions of the
9 | collective bargaining agreement, but rather upon the
10 | independent statutory rights sued upon in my complaint.
11 |     I declare under penalty of perjury under the laws of the
12 | United States that the foregoing is true and correct, and that
13 | this declaration was executed on September 14, 2007, at San
14 | Francisco County, California, and that the statements
15 | contained herein are true of my own personal knowledge, and if
16 | called as a witness I could and would testify competently
17 | thereto.

                                                _____
                                                Fikret Ashkar, Declarant

---

Dec. of Fikret Ashkar in Support of Motion for Remand——No. C 07-04236-JCS