**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIKRET ASHKAR, | No. C 07-04236 (JCS) |
|       Plaintiff(s), | |
|   v. | CLERK'S NOTICE |
| TGC 24 HOUR TRUCK REPAIR INC, | |
|       Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

     YOU ARE NOTIFIED THAT the hearing on Plaintiff's Motion to Remand to Superior Court before Magistrate Judge Spero previously noticed for October 19, 2007, at 9:30 a.m., has been reset to **December 14, 2007, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Regardless of whether the Court reschedules the hearing date, the opposition shall be filed by **September 28, 2007,** and the reply brief shall be filed by **October 5, 2007.**  Any party requesting a continuance shall submit a stipulation and proposed order.

Dated:  September 17, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by:  *Karen L. Hom*
      Karen L. Hom
      Courtroom Deputy