# Fortune, Drevlow, O'Sullivan & Hudson

Attorneys At Law
Not a Partnership
Employees of a member company of Zurich Financial Services Group
560 Mission Street, #2100
San Francisco, California 94105
Telephone: (415) 227-2300
Facsimile: (415) 227-2360

William S. Caspari
Fred Deatherage*
Michael Dolan
Robert R. Drevlow
William F. Fitzgerald
Peter Fortune
Paul A. Herp
Mark W. Hudson
Norman La Force
Arlene V. H. Lee*
Alice W. O'Sullivan*
Scott J. Olsen
John J. Pillitiere
Cynthia Shambaugh
John Wasinda

Fresno Office:
5260 North Palm Avenue, #300
Fresno, CA 93704
Telephone: (559) 440-4116
Facsimile: (559) 440-4118

Sacramento Office:
3249 Quality Drive, #200
Rancho Cordova, CA 95670
Telephone: (916) 851-3782
Facsimile: (916) 947-5261

September 26, 2007

**Reply to San Francisco**

Honorable Joseph C. Spero
Magistrate Judge
United States District Court
450 Golden Gate Street
San Francisco, CA 94102

Re: Fikret Ashkar v. TGC 24 Hour Truck Repair, Inc.
United States District Court #C 07-4236 JCS

Dear Judge Spero:

I am enclosing a stipulation between plaintiff and defendant and proposed oprder regarding the briefing schedule for plaintiff's motion to remand which extends the time for briefing given the court's new date of December 14, 2007 for hearing the motion. This is pursuant to the court's order changing the hearing date to December and indicating that changes in the briefing schedule could be handled through a stipulation and order. I would appreciate the court reviewing the stipulation and signing the order.

Sincerely yours,

Norman La Force

NLF:sw
cc: Louis Highman, Attorney for plaintiff

Cor(Court September 26, 2007)
*Certified Specialist Workers' Compensation by California State Bar, Board of Legal Specialization

1  Norman La Force, State Bar #102772
   Fortune, Drevlow, O'Sullivan & Hudson
2  560 Mission Street, 21st Floor
   San Francisco, CA 94105
3  (415) 227-2300

4

   Attorneys for Defendant
5  TGC 24-Hour Truck Repair, Inc.
   sued herein as TGC 24 Hour Truck Repair, Inc.
6

7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | FIKRET ASHKAR,                              | Case No.: C 07-4236 JCS
11 |                                             |
   |           Plaintiff/Respondent,             | STIPULATION AND ORDER RE
12 |                                             | BRIEFING SCHEDULE FOR
   | vs.                                         | PLAINTIFF'S MOTION TO REMAND
13 |                                             | MATTER TO STATE COURT
   | TGC 24 HOUR TRUCK REPAIR INC.; TGC          |
14 | TRUCK REPAIR, INC., Does I-XX,              |
15 |                                             |
   |           Defendants/Petitioners.           |
16

17                            **RECITALS**

18   The Court has set the hearing date for plaintiff's motion to remand this matter to State

19 Court following defendant's removal of the action to federal court for December 14, 2007

20 instead of October 19, 2007. In addition, defendant's counsel has had several scheduling

21 conflicts, including a short vacation, that had cut the number of days for counsel to file

22 defendant's opposition to the motion to remand on the date set for the original hearing. Based

23 on the original hearing date, defendant's opposition papers would be due on September 28,

24 2007. Defendant needs some additional time to prepare opposition papers. Defendant is also

25 agreeable to providing plaintiff additional time to file any reply brief, if such additional time

26 is necessary. Plaintiff has asked for and defendant is agreeable to serving any opposition by

27 personal service on plaintiff's counsel.

28
                                              -1-
   Stipulation and Order Re: Remand Hearing          Ashkar v. TGC 24 Hour Truck Repair, Inc #C 07 4236 JCS

09/25/2007 10:09 FAX 9152302 LAW OFFICES Case 3:07-cv-04236-JCS  Document 14  Filed 09/26/2007  Page 3 of 3  @003

Sep. 23. 2007 8:49AM  Fortune, Drevlow, et al.                              No. 5630  P. 3

## STIPULATION

It is stipulated by and between counsel for plaintiff and counsel for defendant that defendant shall have an additional two weeks or until October 12, 2007 to file and serve defendant's opposition papers. Service on plaintiff shall be by personal service. Plaintiff shall have until October 26, 2007 to file and serve any reply papers.

Dated: 9-25-07

Highman, Highman & Ball

By: _____
Louis A. Highman
Attorney for Plaintiff
Fikret Ashkar

Dated: 9/23/07

Fortune, Drevlow, O'Sullivan & Hudson

By: _____
Norman La Force
Attorney for Defendant
TGC 24-Hour Truck Repair, Inc. sued herein as TGC 24 Hour Truck Repair, Inc.

## ORDER

It is so ordered.

Dated: _____

_____
Joseph C. Spero, Magistrate-Judge
United States District Court

Stipulation and Order Re: Remand Hearing

-2-

Ashkar v. TGC 24 Hour Truck Repair, Inc. #C 07 4236 JCS