09/25/2007 17:00 FAX 415 982 5202 LAW OFFICES ☎002
Sep 23. 2007 8:49AM Fortune, Drevlow, et al. No 5630 P. 2
Case 3:07-cv-04236-JCS Document 17 Filed 09/28/2007 Page 1 of 2

1 Norman La Force, State Bar #102772
Fortune, Drevlow, O'Sullivan & Hudson
2 560 Mission Street, 21st Floor
San Francisco, CA 94105
3 (415) 227-2300

4

Attorneys for Defendant
5 TGC 24-Hour Truck Repair, Inc.
sued herein as TGC 24 Hour Truck Repair, Inc.
6

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

10

| FIKRET ASHKAR, | Case No.: C 07-4236 JCS |
|---|---|
| Plaintiff/Respondent, | STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO REMAND MATTER TO STATE COURT |
| vs. | |
| TGC 24 HOUR TRUCK REPAIR INC.; TGC TRUCK REPAIR, INC., Does I-XX, | |
| Defendants/Petitioners. | |

### RECITALS

The Court has set the hearing date for plaintiff's motion to remand this matter to State Court following defendant's removal of the action to federal court for December 14, 2007 instead of October 19, 2007. In addition, defendant's counsel has had several scheduling conflicts, including a short vacation, that had cut the number of days for counsel to file defendant's opposition to the motion to remand on the date set for the original hearing. Based on the original hearing date, defendant's opposition papers would be due on September 28, 2007. Defendant needs some additional time to prepare opposition papers. Defendant is also agreeable to providing plaintiff additional time to file any reply brief, if such additional time is necessary. Plaintiff has asked for and defendant is agreeable to serving any opposition by personal service on plaintiff's counsel.

-1-

09/25/2007 17:00 FAX 415 982 5202    LAW OFFICES    Case 3:07-cv-04236-JCS   Document 17   Filed 09/28/2007   Page 2 of 2   @003

Sep. 23. 2007  8:49AM   Fortune, Drevlow, et al.    No. 5630   P. 3

## STIPULATION

It is stipulated by and between counsel for plaintiff and counsel for defendant that defendant shall have an additional two weeks or until October 12, 2007 to file and serve defendant's opposition papers. Service on plaintiff shall be by personal service. Plaintiff shall have until October 26, 2007 to file and serve any reply papers.

Dated: 9-25-07

Highman, Highman & Ball

By: _____
Louis A. Highman
Attorney for Plaintiff
Fikret Ashkar

Dated: 9/23/07

Fortune, Drevlow, O'Sullivan & Hudson

By: _____
Norman La Force
Attorney for Defendant
TGC 24-Hour Truck Repair, Inc. sued herein as TGC 24 Hour Truck Repair, Inc.

## ORDER

It is so ordered.

Dated: 9/28/7

_____
Joseph C. Spero
United States District Court

*Judge Joseph C. Spero — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

-2-

Stipulation and Order Re: Remand Hearing    Ashkar v. TGC 24 Hour Truck Repair, Inc. #C 07 4236 JCS