Norman La Force, State Bar #102772
Fortune, Drevlow, O'Sullivan & Hudson
560 Mission Street, 21st Floor
San Francisco, CA 94105
(415) 227-2300

Attorneys for Defendant
TGC 24-Hour Truck Repair, Inc.
sued herein as TGC 24 Hour Truck Repair, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIKRET ASHKAR,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>TGC 24 HOUR TRUCK REPAIR INC.; TGC TRUCK REPAIR, INC., Does I-XX,<br><br>Defendants/Petitioners. | Case No.: C 07-4236 JCS<br><br>STIPULATION AND ORDER RE REMAND |

## RECITALS

Defendant TGC 24-Hour Truck Repair, Inc. initially removed this case to federal court on the good faith belief that plaintiff's claims were pre-empted by the Labor Management Relations Act, 20 U.S.C. §185 based on the information defendants had at the time and the short time frame provided for removing a case to federal court. Plaintiff then filed a motion to remand the matter back to state court. After reviewing the moving papers and the factual information obtained since the removal and now available, defendants agree that that case should be remanded back to state court rather than contest the issue at hearing. The parties therefore stipulate as follows:

## STIPULATION

It is stipulated by and between counsel for plaintiff and counsel for defendants that this case shall be remanded back to state court.

-1-

1  Dated: 10-12-2007                     Highman, Highman & Ball
2
3                                        By: _____
4                                            Louis A. Highman
                                             Attorney for Plaintiff
5                                            Fikret Ashkar
6
7
8  Dated: 10/12/07                       Fortune, Drevlow, O'Sullivan & Hudson
9
10                                       By: _____
11                                           Norman La Force
                                             Attorney for Defendant
12                                           TGC 24-Hour Truck Repair, Inc. sued
                                             herein as TGC 24 Hour Truck Repair, Inc.
13                                           and TGC Truck Repair, Inc.
14
15                                       **ORDER**
16
   It is so ordered.
17
18
   Dated:
19
                                         _____
20                                       Joseph C. Spero, Magistrate-Judge
                                         United States District Court
21
22
23
24
25
26
27
28

-2-

Stipulation and Order Re: Remand        Ashkar v. TGC 24 Hour Truck Repair, Inc. #C 07 4236 JCS