1  Norman La Force, State Bar #102772
   Fortune, Drevlow, O'Sullivan & Hudson
2  560 Mission Street, 21st Floor
   San Francisco, CA 94105
3  (415) 227-2300

4

5  Attorneys for Defendant
   TGC 24-Hour Truck Repair, Inc.
6  sued herein as TGC 24 Hour Truck Repair, Inc.

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIKRET ASHKAR, | Case No.: C 07-4236 JCS |
| Plaintiff/Respondent, | STIPULATION AND ORDER RE REMAND |
| vs. | |
| TGC 24 HOUR TRUCK REPAIR INC.; TGC TRUCK REPAIR, INC., Does I-XX, | |
| Defendants/Petitioners. | |

## RECITALS

Defendant TGC 24-Hour Truck Repair, Inc. initially removed this case to federal court on the good faith belief that plaintiff's claims were pre-empted by the Labor Management Relations Act, 20 U.S.C. §185 based on the information defendants had at the time and the short time frame provided for removing a case to federal court. Plaintiff then filed a motion to remand the matter back to state court. After reviewing the moving papers and the factual information obtained since the removal and now available, defendants agree that that case should be remanded back to state court rather than contest the issue at hearing. The parties therefore stipulate as follows:

## STIPULATION

It is stipulated by and between counsel for plaintiff and counsel for defendants that this case shall be remanded back to state court.

-1-

Stipulation and Order Re: Remand      Ashkar v. TGC 24 Hour Truck Repair, Inc. #C 07 4236 JCS

| | | |
|---|---|---|
| 1 | Dated: 10-12-2007 | Highman, Highman & Ball |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Louis A. Highman |
| | | Attorney for Plaintiff |
| 5 | | Fikret Ashkar |

Dated: 10/12/07

Fortune, Drevlow, O'Sullivan & Hudson

By: _____
Norman La Force
Attorney for Defendant
TGC 24-Hour Truck Repair, Inc. sued
herein as TGC 24 Hour Truck Repair, Inc.
and TGC Truck Repair, Inc.

**ORDER**

It is so ordered.

Dated:   10/15/07

_____
Joseph C. Spero, Magistrate Judge
United States District Court

---

Stipulation and Order Re: Remand                -2-                Ashkar v. TGC 24 Hour Truck Repair, Inc. #C 07 4236 JCS