**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIKRET ASHKAR,                          No. C 07-04236 (JCS)

       Plaintiff(s),

                                        CLERK'S NOTICE

   v.

TGC 24 HOUR TRUCK REPAIR INC,

       Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      YOU ARE NOTIFIED THAT pursuant to the Stipulation and Order Re: Remand, filed on October 15, 2007, the hearing on Plaintiff's Motion to Remand to Superior Court, and Initial Case Management Conference previously noticed for **December 14, 2007, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, has been taken off calendar.

Dated: October 15, 2007

                                                                 FOR THE COURT,
                                                                 Richard W. Wieking, Clerk

                                              by: _____
                                                                 Karen L. Hom
                                                                 Courtroom Deputy