**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 6, 2007

Superior Court of California, County of San Francisco
400 McAllister Street
San Francisco, CA 94102

RE:  CV 07-04236 JCS    FIKRET ASHKAR-v-TGC 24 HOUR TRUCK REPAIR INC
     Your Case Number: (CGC-07-464703)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(✔)   Certified copies of docket entries

(✔)   Certified copies of Remand Order

()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Gina Agustine*

by:  Gina Agustine-Rivas
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg